UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANAE A. SIMMONS,

Plaintiff,

- against -

CENTENE MANAGEMENT COMPANY, LLC,

Defendant.

26-cv-1161 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to appear by telephone for oral argument on the defendant's motion to dismiss on **Monday, September 21, 2026 at 2:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

The Clerk of Court is respectfully requested to mail this Order to the plaintiff, and to note mailing on the docket.

SO ORDERED.

Dated: New York, New York
September 9, 2026

John G. Koeltl
United States District Judge