**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TANAE A. SIMMONS,**

**Plaintiff,**

**- against -**

**CENTENE MANAGEMENT COMPANY, LLC,**

**Defendant.**

---

**26-cv-1161 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The defendant is directed to answer the amended complaint by **October 19, 2026.** The parties are directed to file a Rule 26(f) report by **November 2, 2026.**

**SO ORDERED.**

**Dated:** **New York, New York**
**September 21, 2026**

**John G. Koeltl**
**United States District Judge**