UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANAE A. SIMMONS,

Plaintiff,

- against -

CENTENE MANAGEMENT COMPANY, LLC,

Defendant.

26-cv-1161 (JGK)

Order

John G. Koeltl, District Judge:

The defendant's motion to dismiss is decided as indicated on the record today. Therefore, the Clerk of Court is respectfully directed to close ECF No. 11.

SO ORDERED.

Dated: New York, New York
September 21, 2026

John G. Koeltl
United States District Judge